**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:   Lisa M. Francis | : | Chapter 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 23-12373 PMM |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Trustee's Motion to Dismiss Case and Notice filed on November 14, 2024. Docket entries #25 #26.

Respectfully submitted,

/s/ Kenneth E. West, Esq

November 18, 2024

Kenneth E. West
Chapter 13 Standing Trustee